## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWRENCE BRANDYBURG,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CASE NO.: 1:23-CV-00192-TFM-N** |
| **v.** | * | |
| | * | |
| **BISHOP STATE COMMUNITY** | * | |
| **COLLEGE, and JIMMY BAKER,** | * | |
| **in his individual and official capacity** | * | |
| **as Chancellor of the Alabama** | * | |
| **Community College System,** | * | |
| | * | |
| **Defendants.** | * | |

## CASE STATUS NOTICE

With the express consent of the Plaintiff through his counsel,[1] the Defendants hereby

provide notice to the Court of the Parties' impending resolution of this case. The Parties request

that the matter be set for a status conference in 30 days if a joint stipulation of dismissal has not

been filed by then.

Respectfully submitted,

 /s/ Windy C. Bitzer
WINDY C. BITZER (BITZ7315)
*Deputy Attorney General*
CHRISTINE HARDING HART (HARTC5687)
*Attorneys for Defendants Bishop State Community*
*College and Jimmy Baker*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com

---

[1] Attorney Edward Smith has approved the filing of this notice and the representations herein.

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to the following counsel of record:

Edward L.D. Smith, Esq.
P.O. Box 1643
Mobile, Alabama 36633-1643
edward@edwardsmithlaw.com

James D. Brandyburg, Esq.
74 Midtown Park West
Suite 105
Mobile, Alabama 36606
jbrandyburg@brandyburgfirm.com


                                        */s/ Windy C. Bitzer*