IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE BRANDYBURG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  1:23-cv-192-TFM-M |
| | ) | |
| BISHOP STATE COMMUNITY COLLEGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is the *Case Status Notice*. Doc. 10, filed August 29, 2023. Defendants Bishop State Community College and Jimmy Baker state the parties will imminently resolve this matter and request this matter be set for a status conference after thirty (30) days if a joint stipulation of dismissal is not filed before then. *Id.* Accordingly, the parties are **DIRECTED** to file appropriate dismissal paperwork pursuant to Fed. R. Civ. P. 41(a) or a status report indicating a projected timeline for completion of the settlement process on or before **September 29, 2023**.  All currently set deadlines in this matter are **SUSPENDED**.

Insofar as the parties request the Court set this matter for a status conference if they do not file a joint stipulation of dismissal within thirty (30) days, the Court finds preemptively setting one is unnecessary.  If a status conference becomes necessary, the parties should indicate such in their joint status report that is identified above.

**DONE** and **ORDERED** this 29th day of August 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE