# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWRENCE BRANDYBURG,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **Civil Action No: 1:23-CV-00192-TFM-M** |
| | * | |
| **BISHOP STATE COMMUNITY** | * | |
| **COLLEGE, and** | * | |
| **JIMMY BAKER, in his individual and** | * | |
| **official capacity as Chancellor of the** | * | |
| **Alabama Community College System.** | * | |
| | * | |
| **Defendants.** | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case with prejudice, with each party bearing its own fees and costs.

Respectfully submitted,

/s/     Edward L. D. Smith
_____
EDWARD L. D. SMITH (SMITE0296)
Attorney for Plaintiff
Post Office Box 1643
Mobile, Alabama 36633-1643
251-431-9000
edward@edwardsmithlaw.com


*/s/ Windy C. Bitzer\**
WINDY C. BITZER (BITZ7315)
*Deputy Attorney General*
CHRISTINE HARDING HART
(HARTC5687)

---

\* Ms. Bitzer expressly authorizes Mr. Smith to file this document on her behalf as a jointly submitted stipulation.

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com
*Attorneys for Defendants Bishop State Community College and Jimmy Baker*

## CERTIFICATE OF SERVICE

I, Edward L. D. Smith, do hereby certify that on September 21, 2023, the foregoing motion was filed through the court's CM/ECF filing system which will serve a copy of the notice on all interested parties.

/s/   Edward L. D. Smith
_____
EDWARD L. D. SMITH